[No. 10631-1-II.   Division Two.   April 5, 1988.]

EDWARD DYER, *Appellant,* v. THE STATE OF WASHINGTON,
*Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-01594-0, Daniel J. Berschauer, J., entered December 9, 1986. *Reversed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 10685-0-II.   Division Two.   April 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
CARROLL GLOVER, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-1-00464-2, Alan R. Hallowell, J., entered January 5, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 9890-3-II.   Division Two.   April 5, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM GIBSON,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-02026-1, James P. Healy, J., entered April 16, 1986. *Reversed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.